

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14cr76HSO-JCG

EDWARD CORNELL HARRIS

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

From on or about September 18, 2012, continuing through September 20, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDWARD CORNELL HARRIS,** knowingly and willfully engaged in the business of selling firearms without a license issued under federal law by selling three firearms, all in violation of Sections 922(a)(1)(A) and 924(a)(1)(D), Title 18, United States Code.

COUNT 2

That on or about September 18, 2012, in Jackson County in the Southern Division of the Southern District of Mississippi, the defendant, **EDWARD CORNELL HARRIS**, having been convicted on or about August 30, 1999, in the Circuit Court of Jackson County, Mississippi, Cause Numbers 98-10,766, 99-10,025 and 99-10,082, of crimes punishable by imprisonment for terms exceeding one year, knowingly possessed in and affecting commerce a firearm, to-wit: one (1) Masterpiece Arms, Model MPA30SST, .9 mm pistol, serial number B6925, all in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

COUNT 3

That on or about September 19, 2012, in Jackson County in the Southern Division of the Southern District of Mississippi, the defendant, **EDWARD CORNELL HARRIS,** having been

convicted on or about August 30, 1999, in the Circuit Court of Jackson County, Mississippi, Cause Numbers 98-10,766, 99-10,025 and 99-10,082, of crimes punishable by imprisonment for terms exceeding one year, knowingly possessed in and affecting commerce a firearm, to-wit: one (1) Charter Arms, Model Undercover, .38 caliber, revolver, serial number 582941, all in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## COUNT 4

That on or about September 20, 2012, in Jackson County in the Southern Division of the Southern District of Mississippi, the defendant, **EDWARD CORNELL HARRIS**, having been convicted on or about August 30, 1999, in the Circuit Court of Jackson County, Mississippi, Cause Numbers 98-10,766, 99-10,025 and 99-10,082, of crimes punishable by imprisonment for terms exceeding one year, knowingly possessed in and affecting commerce a firearm, to-wit: one (1) F.I.E., Derringer, .38 caliber, pistol, serial number 000365, all in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of

the United States to seek a judgment of forfeiture of any other property of the defendant, up to value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

*Carla Clark for*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 5th day of November, 2014.

UNITED STATES MAGISTRATE JUDGE